AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TESHA LAMONT PLATER, ET. AL.
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA DEPARTMENT OF
TRANSPORTATION, ET. AL.
DEFENDANT

CASE 1

Case: 1:07-cv-01789
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: PI/Malpractice

**TO:** (Name and address of Defendant)

Clear Channel Outdoor [handwritten]
Served [handwritten]

CSC-LAWYERS INCORPORATING SERVICE COMPA
RESIDENT AGENT FOR
CLEAR CHANNEL OUTDOOR INC.,
7 St. Paul Street, Suite 1660
Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Firm of Belinda Louisy, LL.M
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    **OCT - 4 2007**

CLERK                                          DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/19/2007 |
| NAME OF SERVER (PRINT) Charles JACKSON | TITLE CJA Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: LSS-Lawyers Incorp. Service Company Suite 1660 7st Paul St Baltimore MD for Clear Channel+ Out Door

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: NANCY Grueninger

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/19/07
             Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

TESHA LAMONT PLATER, ET. AL.
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA DEPARTMENT OF
TRANSPORTATION, ET. AL.
DEFENDANT

CASE

Case: 1:07-cv-01789
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

CLEAR CHANNEL OUTDOOR INC.,
9590 Lynn Buff Court, # 5
Laurel, Maryland 20723

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Firm of Belinda Louisy, LL.M
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             OCT - 4 2007
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/19/2007 |
| NAME OF SERVER (PRINT) C A Jackson | TITLE CJA Investigator |

Check one box below to indicate appropriate method of service

G   Served personally upon the defendant. Place where served: Clear Channel Outdoor Inc   9590 Lynn Buff Court #5 Laurel MD

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Joseph King   9590 Lynn Buff Court #5 Laurel MD

G   Returned unexecuted: _____

G   Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/19/2007
Date

Signature of Server

P.O. Box 20009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.