AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TESHA LAMONT PLATER, ET. AL.
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA DEPARTMENT OF
TRANSPORTATION, ET. AL.
DEFENDANT

Case: 1:07-cv-01789
Assigned To : Huvelle, Ellen S.
CASE    Assign. Date : 10/4/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

DC Department of Transportation
Served THE HON. ADRIAN M. FENTY
MAYOR OF THE DISTRICT OF COLUMBIA
John A. Wilson Building
1350 Pennyslvania Avenue, N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Firm of Melinda Louisy, LL.M
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**          **OCT - 4 2007**

CLERK                                 DATE

_/s/ signature_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/6/2007 |
| NAME OF SERVER (PRINT) Charles A Jackson | TITLE CJA Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Dept. of Transportation Hon Adrian Fenty Mayor of the Dist of Columbia 1350 Pennsylvania Ave N.W. Wash, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tabatha Brayton office of Secretary

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/07   [signature]
             Date        Signature of Server

P.O. Box 73482 Wash, DC 20047
Address of Server

[Stamp: SECRETARY OF D.C. 2007 NOV -6 P 3:13]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TESHA LAMONT PLATER, ET. AL.
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA DEPARTMENT OF
TRANSPORTATION, ET. AL.
DEFENDANT

CAS

Case: 1:07-cv-01789
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

*SERVED* DC Department of Transportation

THE HON. LINDA SINGER
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA, OAG, D.C. GOVERNMENT
One Judiciary Square, 441 4th Street, N.W.
Suite 1060N, Washingotn, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Firm of Relinda Louisy, LL.M
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     OCT - 4 2007
_____           _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/2/07  12:00 Noon |
| NAME OF SERVER *(PRINT)* Thomas Crossley | TITLE Investigator |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served: Dept of Transportation — The Honorable Linda Singer Attorney General for D.C. 1 Judiciary Square, 441 4th St. NW Suite 1060N, W DC 20001

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served on George Valentine - Deputy AG

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/07         Thomas Crossley
             Date              Signature of Server

1421 E St. SE, Washington DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TESHA LAMONT PLATER, ET. AL.
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA DEPARTMENT OF
TRANSPORTATION, ET. AL.
DEFENDANT

CASE NU

Case: 1:07-cv-01789
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

DIRECTOR, DISTRICT OF COLUMBIA
DEPARTMENT OF TRANSPORTATION
2000 14th Street, N.W., 6th Floor
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Firm of Belinda Louisy, LL.M
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 OCT - 4 2007
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE 11/6/2007 |
| NAME OF SERVER (PRINT) Charles Jackson || TITLE CJA Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Director of District of Columbia Department of Transportation 2000 14th St N.W. Wash DC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Khalik Bell

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/07
Date

Signature of Server

P.O. Box 73482 Wash DC 20009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TESHA LAMONT PLATER, ET. AL.
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA DEPARTMENT OF
TRANSPORTATION, ET. AL.
DEFENDANT

Case: 1:07-cv-01789
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

███████████████████████
███████████████████████
METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Firm of Belinda Louisy, LL.M
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          OCT - 4 2007
CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/6/07 |
| NAME OF SERVER (PRINT) Charles Jackson | TITLE CJA Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Metropolitan Area Transit Authority
600 5th St NW Wash, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tanya Price 202 962-6692

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/07
Date

Signature of Server

P.O. Box 73482 Wash, DC 20009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.