UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

TESHA LAMON PLATER                    * C.A. No.  07-1789 (ESH)
7019, GEORGIA AVENUE, N.W          *
APT. NO. 108A                           *
WASHINGTON, D.C. 20001      *
     PLAINTIFF                *
          GUARDIAN            *
                              *
          FOR                 *
          M.D.P               *
          A MINOR CHILD        *
                              *

CLEAR CHANNEL OUTDOOR INC. ET., AL  *
          DEFENDANTS        *
                              *

ORDER

Upon Consideration of Plaintiff's request for a Conference Date to seek approval of the Friendly Settlement reached between Plaintiff for M.D.P., minor child and Clear Channel Outdoor, Defendant

**IT IS HEREBY ORDERED** that the Court proposes the following dates and times for the Conference:

**IT IS FURTHER ORDERED** that the Plaintiff should contact Chambers to schedule the mutually agreed date and time proposed by the Court for the Conference.

_____   _____
ELLEN SEGAL HUEVELLE,  ESH          DATED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

TESHA LAMON PLATER                                  * C.A. No.  07-1789 (ESH)
7019, GEORGIA AVENUE, N.W                           *
APT. NO. 108A                                       *
WASHINGTON, D.C. 20001                    *
     PLAINTIFF                           *
          GUARDIAN                         *
                                 *
          FOR                              *
          M.D.P                            *
          A MINOR CHILD                    *
                                 *
CLEAR CHANNEL OUTDOOR INC. ET., AL     *
             DEFENDANTS                *
                                 *

ORDER

Upon Consideration of Plaintiff's request for a Conference Date to seek approval of the Friendly Settlement reached between Plaintiff for M.D.P., minor child and Clear Channel Outdoor, Defendant

**IT IS HEREBY ORDERED** that the Court proposes the following dates and times for the Conference:

**IT IS FURTHER ORDERED** that the Plaintiff should contact Chambers to schedule the mutually agreed date and time proposed by the Court for the Conference.

_____     _____
ELLEN SEGAL HUEVELLE,  ESH                    DATED

# FRANKLIN & PROKOPIK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

The B & O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201-3723
410-752-8700
Facsimile 410-752-6868
www.fandpnet.com

Kiran Sharma

32 South Washington Street
Second Floor
Easton, Maryland 21601
410-820-0600
Facsimile 410-820-0300

1101 Opal Court
Hub Plaza, Second Floor
Hagerstown, Maryland 21740
301-745-3900
Facsimile 301-766-4676

2325 Dulles Corner Boulevard
Suite 1150
Herndon, Virginia 20171
703-793-1800
Facsimile 703-793-0298

10150 Highland Manor Drive
Suite 200
Tampa, Florida 33610
813-314-2179
Facsimile 813-200-1710

December 6, 2007

**VIA FACSIMILE & REGULAR MAIL**
Relinda Louisy, Esq.
LAW FIRM OF RELINDA LOUISY, L.L.M.
1629 K Street, N.W., Ste. 300
Washington, DC 20006

      Re:    *Maurice D. Plater v. Clear Channel Outdoor*
               U.S. District Court for the District of Columbia

Dear Ms. Louisy:

    This is to confirm that Plaintiff, Maurice D. Plater, a minor, by and through his Guardian, Tesha Lamon Plater, has agreed to accept a total of Ten Thousand Dollars ($10,000) from Clear Channel Outdoor, Inc., as full and final settlement of any and all claims with respect to the above-referenced matter.

    We expect to have the Final Release and Settlement to you in short order. Please note that we will not issue the settlement draft until such time as the Final Release and Settlement is fully executed, and that you will return both the executed Final Release and Settlement and signed Stipulation of Dismissal with Prejudice to my attention.

    Thank you for your cooperation. Should you have any questions, please do not hesitate to contact me.

               Very truly yours,

               Kiran Sharma

KS/dmr