UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESHA LAMON PLATER )<br>    Plaintiff-Guardian )<br> )<br>    for )<br>M.D.P., )<br>    a minor child )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA DEPARTMENT )<br>OF TRANSPORTATION )<br> )<br>and )<br> )<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY )<br> )<br>and )<br> )<br>CLEAR CHANNEL OUTDOOR, INC. )<br> )<br>    Defendants ) | No. 07-01789(ESH) |

### WMATA'S RENEWED MOTION TO DISMISS

Plaintiff filed an Amended Complaint on December 14, 2007. The Amended Complaint contains no new claims against Defendant WMATA. WMATA therefore incorporates by reference and reasserts its previous Motion to Dismiss as to the Amended Complaint.

                                                          Respectfully submitted,

                                                          Carol B. O'Keeffe
                                                          General Counsel

                                                            /s/
                                                          Mark F. Sullivan #430876
                                                          Deputy General Counsel
                                                          (202) 962-2814

Msullivan@wmata.com

/s/
———————————
David J. Shaffer #413484
Assistant General Counsel
(202) 962-2820
600 Fifth St., N.W.
Washington, D.C. 20001
Dshaffer@wmata.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESHA LAMON PLATER )<br>    Plaintiff-Guardian )<br>     )<br>    for )<br>    M.D.P., )<br>    a minor child )<br>     )<br>    v. )<br>     )<br>DISTRICT OF COLUMBIA DEPARTMENT )<br>OF TRANSPORTATION )<br>     )<br>and )<br>     )<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY )<br>     )<br>and )<br>     )<br>CLEAR CHANNEL OUTDOOR, INC. )<br>     )<br>    Defendants ) | No. 07-01789(ESH) |

**ORDER GRANTING WMATA'S RENEWED MOTION TO DISMISS**

The Court, having considered WMATA's Renewed Motion to Dismiss Plaintiff's Fourth Claim for Relief, and good cause appearing, IT IS HEREBY ORDERED THAT: Plaintiff's Fourth Claim for Relief is DISMISSED WITH PREJUDICE as to Defendant WMATA and WMATA shall otherwise answer or respond to Plaintiff's Complaint within 20 (twenty) days.

_____
Ellen S. Huvelle
United States District Judge