UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TESHA LAMON PLATER,**     )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>**DISTRICT OF COLUMBIA**     )<br>**DEPARTMENT OF TRANSPORTATION** )<br>*et al.*,                    )<br>                              )<br>     Defendants.            )<br>                              ) | C.A. No. 07-1789 (ESH) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS**

Defendant District of Columbia Department of Transportation ("DDOT"), by and through its undersigned counsel, respectfully requests that this Honorable Court grant it additional time to file a memorandum in reply to Plaintiff's Opposition to its Motion to Dismiss. In support thereof, DDOT states as follows:

1. On November 26, 2007, DDOT filed a Motion to Dismiss the above-captioned matter against DDOT in its entirety.

2. On December 7, 2007, Plaintiff filed a Motion for Leave to amend her Complaint. The Court, by Minute Order dated December 10, 2007, granted Plaintiff's Motion for Leave, noting that because Plaintiff had not previously amended her complaint, and no responsive pleading had been filed, Plaintiff was entitled to amend her complaint pursuant to Fed. R. Civ. P. 15(a). Plaintiff's Amended Complaint was thereafter filed on December 13, 2007.

3.  In light of the fact that Plaintiff's Amended Complaint asserted a new cause of action against DDOT, DDOT had intended to file a renewed Motion to Dismiss. Undersigned counsel was informed by chambers that simply a Reply brief was necessary.

4.  Since December 10, 2007, undersigned counsel has been in a jury trial before the Honorable Paul L. Friedman in the matter of *Gloria Halcomb v. District of Columbia et al.* Due to the demands of that trial, undersigned counsel has not yet been able to prepare a Reply Memorandum. Thus, DDOT respectfully requests that the Court grant it an extension of time until Friday, December 21, 2007 to file a Reply to Plaintiff's Opposition to DDOT's Motion to Dismiss.

5.  Pursuant to LCvR 7(m), undersigned counsel left counsel for Plaintiff a voice mail message to ascertain Plaintiff's position on this Motion at 9:00 a.m. on December 18, 2007. Undersigned counsel has not yet received a response from counsel for Plaintiff.

6.  DDOT respectfully submits that Plaintiff will not be prejudiced by the additional time DDOT has requested to file its Reply, particularly as Plaintiff has just recently added a new claim against DDOT, which must be researched and responded to in the Reply Memorandum.

Thus, DDOT respectfully requests that this Court grant it an extension of time up to and including Friday December 21, 2007 to file a Reply to Plaintiff's Opposition to Plaintiff's Motion to Dismiss.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/  Nicole L. Lynch                      
NICOLE L. LYNCH (471953)
Chief, Section II


   /s/  Shana L. Frost                     
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESHA LAMON PLATER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> DEPARTMENT OF TRANSPORTATION ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 07-1789 (ESH) |

**POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA DEPARTMENT OF TRANSPORTATION'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12.

3. The interests of justice and the inherent power of this Court.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


 /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General

441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov