UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TESHA LAMON PLATER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 07-1789 (ESH) |
| DISTRICT OF COLUMBIA DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons set forth in the memorandum opinion issued this same day, it is hereby

**ORDERED** that [Dkt # 2, 12] defendant WMATA's Motion to Dismiss is **GRANTED** and Counts II and IV against WMATA are dismissed with prejudice. It is further

**ORDERED** that [Dkt # 3] defendant District of Columbia's Motion to dismiss is **GRANTED** in part and **DENIED** in part and Count IV against the District is dismissed with prejudice. It is further

**ORDERED** that [Dkt # 11] plaintiff's motion for a hearing is **GRANTED** and an initial scheduling and settlement conference is set for January 24, 2008 at 9:45 a.m. Prior to this date, plaintiff shall file a motion for approval of settlement setting forth the nature of the minor's injuries; an explanation of why the amount of recovery is fair and reasonable; the net amount to be received; a plan for the distribution of the money; and any other information that will assist the Court in deciding whether the settlement is fair reasonable. *See* DC CODE § 21-120.

**SO ORDERED**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 2, 2008