UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| TESHA LAMON PLATER | * C.A. No. 07-1789 (ESH) |
| 300 Oglethorpe St., N.W. | * |
| Washington, D.C. 20011 | * |
| PLAINTIFF | * |
| GUARDIAN | * |
| | * |
| FOR | * |
| M.D.P | * |
| A MINOR CHILD | * |
| | * |
| CLEAR CHANNEL OUTDOOR INC. | * |
| DISTRICT OF COLUMBIA | * |
| WASHINGTON METROPOLITAN | * |
| AREA TRANSIT AUTHORITY | * |
| DEFENDANTS | * |

PLAINTIFF'S MOTION FOR COURT APPROVAL OF SETTLEMENT REACHED BETWEEN PLAINTIFF AND DEFENDANTS FOR M.D.P. MINOR CHILD

Pursuant to the Court's Order of January 2, 2008, Tesha L. Plater, Plaintiff, by and through Counsel, respectfully seeks this Honorable Court's approval of the to the Settlement reached between Plaintiff and Defendants, for M.D.P., the minor child, of $10,000.00 for the injuries he sustained on April 26, 2005, when he slipped and fell in a Bus Shelter located in the 2400 Block of Alabama Avenue, and Hartford Street, S.E. A copy of the Settlement letter is appended as Exhibit one to this Motion. Plaintiff believes that this Settlement is fair and reasonable.

As grounds for this Motion, Plaintiff states the following:

1. NATURE OF M.D.P.'s INJURIES, MEDICAL TREATMENT, AND RECOVERY

On April 26, 2005, M.D.P., slipped and fell on broken glass and sustained lacerations to his scalp. An ambulance was called by the 7th District Metropolitan Police Department and he was transported to Greater Southeast Community

Hospital where he was provided medication, namely, "motrin" and six staples were inserted in the back of his head were he sustained the injuries. The six staples were later removed on May 5, 2005, by his Pediatrician Dr. Elke Harris at Capitol Hill Medical Clinic. As a result of the accident he began having headaches.

A neurological consultation was requested for M.D.P., in order to determine his medical condition as a result of the accident, headaches, and for treatment. M.D.P. was seen by Bennett L. Lavenstein, Neurologist at the Children's Medical National Medical Center, in Washington, D.C., on November 17, 2005. Dr. Lavenstein examined M.D.P., and inter alia, opined on page 2 of his written opinion that:

> Taken collectively, M. is a young patient, who was clinically well until an accident when he sustatined fall, laceration of posterior scalp and has developed post-traumatic vascular headaches, which appear to be consistent with post traumatic migraine of childhood without aura.[1]

Dr. Lavenstein prescribed "Periactin" 4 mg per day, the initial dose of 2 mg once a day which could be increased to 4 mg per day subsequently. Dr. Lavenstein also recommended that M.D.P., have an MRI because of the chronic nature of the head pain. M.D.P., had an MRI at Children's National Medical Center on May 5, 5006,[2] and a follow up consultation with Dr. Lavenstein on May 24, 2007. He opined inter alia that M.D.P.'s response to "Periactin" at 4 mg twice a day had been utilized, and has been positive . . . and the MRI revealed normal brain structures, prominent adenoids . . . At this time M. is stable, we would not advocate long term therapy. . . Should he have a recurrence of his migraine symptoms, we could make a decision subsequently about treatment or

---

[1] A copy of the Medical Consultation Opinion dated, November 17, 2005, is appended to this Motion as Exhibit No. 2.

[2] Appended a copy of the MRI date May 5, 2006.

reinstituting the "Periactin" for him. Intermittent treatment with ibuprofen at 10 mg per kg per dose would be helpful on an acute basis . . . ."[3]

2. THE RECOVERY AMOUNT IS FAIR AND REASONABLE

The Recovery amount is fair and reasonable because according to Dr. Lavenstein's medical opinion of May 24, 2007, M.D.P.'s medical condition is stable, except for an occasional breakthrough headache which his mother has indicated that she treats the headaches as prescribed in the doctor's written opinion. In addition, Lavenstein has indicated that the MRI Report dated May 5, 2006, revealed normal brain structures. Moreover, the medical and special damages in this case are under $3,000.00.

3. PLAN FOR DISTRIBUTION OF THE MONEY

(a) Guardian Ad Litem entered a Contingent Fee Retainer Agreement whereby Counsel for Plaintiff would received 33 1/3% as a fee for Counsel's services.[4] Counsel has reduced her fee to 30 % and will only seek $3,000.00.

(b) Counsel for Plaintiff is waiving her costs and expenses in the case.

(c) Counsel will open an Estate for M.D.P., in the Probate Division of the Superior Court of the District of Columbia with the remainder of the 10,000.00 Settlement, i.e. $7,000.00, and ask the Court to appoint a Guardian for M.D.P., and await the Court's instructions.

WHEREFORE: Plaintiff prays that this Motion be granted.

Respectfully submitted

[3] A copy of the Medical Consultation opinion dated May 24, 2007 is Appended.
[4] A copy of the Retainer Agreement is appended.

/S/
RELINDA LOUISY

/S/
Law Firm of Relinda Louisy, LL.M
Relinda Louisy, Esquire # 405088
Counsel for Plaintiff/M.D.P.
1629 K Street N.W
Suite 300,
Washington D.C.20006
(202) 508-3666
Fax: (202) 331-3759
Hrlaw86@aol.com

# FRANKLIN & PROKOPIK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

The B & O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201-3723
410-752-8700
Facsimile 410-752-6868
www.fandpnet.com

Albert B. Randall, Jr.
Direct Dial 410-230-3622
arandall@FandPnet.com

Admitted in MD

11 South Washington Street
Second Floor
Easton, Maryland 21601
410-820-0600
Facsimile 410-820-0300

1101 Opal Court
Hub Plaza, Second Floor
Hagerstown, Maryland 21740
301-745-3900
Facsimile 301-766-4676

2325 Dulles Corner Boulevard
Suite 1150
Herndon, Virginia 20171
703-793-1800
Facsimile 703-793-0298

10150 Highland Manor Drive
Suite 200
Tampa, Florida 33610
813-314-2179
Facsimile 813-200-1710

January 23, 2008

**BY: FACSIMILE - (202) 331-3759**
Relinda Louisy, Esq.
Law Firm of Relinda Louisy, LLM
1629 K Street, N.W., Suite 300
Washington, DC 20006

Re: Maurice Plater, (minor) v. Clear Channel Outdoor
United States District Court for the District of Columbia
Case No.: 1:07-cv-01789

Dear Ms. Louisy:

Pursuant to our telephone conversation of earlier today, please accept this letter to serve as confirmation of the settlement reached with respect to the above-referenced matter. Per our discussion, my client will pay the sum of Ten Thousand Dollars ($10,000.00) to settle this matter. That settlement, however, is conditioned upon the fact that your client release the Co-Defendants as well. I've spoken with counsel for each Co-Defendant and both have agreed to the settlement. The settlement is further conditioned upon your client executing an appropriate Final Release and Settlement as well as Stipulation of Dismissal with Prejudice of all pending claims.

If this letter does not accurately reflect the settlement reached earlier today, please notify me at your earliest opportunity. Otherwise, my partner, Ralph Arnsdorf, will be present at the hearing tomorrow. Thank you for your kind attention to this matter.

Very truly yours,

Albert B. Randall, Jr.

ABR/dtm

# FRANKLIN & PROKOPIK

cc: **BY: FACSIMILE - (202) 727-3625**
Shana L. Frost, Esq.
Assistant Attorney General
441 4th Street, NW
6th Floor South
Washington, DC 20001

**BY: FACSIMILE - (202) 962-2550**
David J. Shaffer, Esq.
Assistant General Counsel
600 Fifth St., N.W.
Washington, DC 20001

Children's
National Medical Center.
Serving Children and Their Families Since 1870

111 Michigan Avenue, N.W.
Washington, D.C. 20010-2970
(202) 884-5000

Center for Neuroscience and
Behavioral Medicine

*Division of Neurology*

| | |
|---|---|
| Neurology Office: | 202-884-2120 |
| Nights/Weekends: | 202-884-5000 |
| Neurology Fax: | 202-884-5226 |
| EEG Laboratory: | 202-884-5035 |
| Evoked Response Lab: | 202-884-5454 |
| EEG/Evoked Fax: | 202-884-3461 |

Roger J. Packer, MD
**Division Chief**
Steven L. Weinstein, MD
**Vice-Chief**
Lucy A. Civitello, MD
Joan A. Conry, MD
Diana M. Escolar, MD
Donald J. Fishman, MD
William D. Gaillard, MD
Marjorie A. Garvey, MD
Andrea L. Gropman, MD
Kimberly A. Krohn, MD
Bennet L. Lavenstein, MD
William M. McClintock, MD
Judith Morales, MD
Phillip L. Pearl, MD
Tena Rosser, MD
Jospeh Scheller, MD
Samuel A. Shelburne, MD
Ira P. Weiss, PhD

**Nursing**
Kathleen Cooney, PNP
Marian J. Kolognie, PNP
Deborah LaFond, PNP
Michiko Lendenmann, PNP
Sheilia O'Brien, PNP
Audrey Scully, RN

**N.I.H. ASSOCIATES**
*Neuromuscular*
Marinos C. Dalakas, MD
*Epidemiology*
Karin D. Nelson, MD
*Epilepsy*
William H. Theodore, MD
Susumu Sato, MD
*Neurometabolism*
Roscoe O. Brady, MD
*Neurogenetics*
Kenneth H. Fischbeck, MD
*Clinical Trials*
Deborah G. Hirtz, MD

The George Washington University
School of Medicine and Health Sciences
Department Of Neurology

November 17, 2005

Relinda Louisy
Attorney At Law
1717 K Street NW, Ste. 600
Washington, D.C. 20036

**RE:** PLATER, MAURICE DEMETRIUS
**MR:** 020428067
**EN:** 0532000415
**DOB:** 08/26/2002
**DOV:** 11/17/2005

Dear Ms. Louisy:

Maurice Plater was seen at your request for neurologic consultation.

This is a 3-year-old patient who had a prior history of a head injury on April 26, 2005, when he was seen at Greater South East Community Hospital following a fall when he fell on the street at a bus stop, striking his head on glass and requiring six staples for repair of a laceration that was present in the posterior portion of the scalp. There is no associated loss of consciousness. After being seen in the Greater South East Community Hospital, the remainder of his examination was felt to be normal, and he was prescribed Motrin and then subsequently discharged.

According to the medical records, the patient had the staples removed 05/05/05 and had a well-healed incision. These had findings at this time of recurrent headache. Those headaches started shortly after the accident and at this time is described by the parents as having severe head pain that occurs at least once a week, perhaps more frequently on occasion, associated with appearing "sick" and relief by sleep. He is forced to sit down on other occasions and then go to sleep on many occasions and then has a degree of relief. This is a patient in whom there has been no emergence of irritability, no changes in sleeping pattern, no change in eating pattern. General health has otherwise been good. He has had no other history of head trauma.

His findings at this time reveal that he lives with his parents and siblings. There is a positive history of headaches in patient's father, but these are not described as migraine. The patient's father has a history of hypertension.

Today on examination, Maurice is a pleasant, quiet, cooperative young boy. Blood pressure 89/51, weight 29 pounds, head circumference 49 cm, pulse 111. His cranial nerves II through XII were within normal limits. His extraocular motility was normal. His funduscopic examination reveals sharp disc margins with no evidence of any abnormality seen. Pupillary responses directly and consensually are normal. Lower cranial nerve function was within normal limits. Facies are symmetrical. Although he is quiet, his speech was otherwise normal.

Children's National Medical Center

Serving Children and Their Families Since 1870

His deep tendon reflexes were normoactive in the upper and lower extremities. No pathologic reflexes were elicited. His station and gait were normal. Cerebellar testing reveals no tremor, no evidence of impairment on finger-to-nose. Motor reveals normal tone. No evidence of focal weakness.

Taken collectively, Maurice is a young patient, who was clinically well until an accident when he sustained fall, laceration of posterior scalp and has developed post-traumatic vascular headaches, which appear to be consistent with post-traumatic migraine. The nature of their sudden onset, their intense pain, their relief by sleep, is typical of common migraine of childhood without aura.

As yet at this time, he is still on Periactin 4 mg per day in initial dose of 2 mg once a day in the morning that can be increased to 4 mg per day subsequently. In addition, an MRI is recommended because of the chronic nature of his head pain, and that is also being scheduled at the conclusion of today's visit. Finally, I suggested that the family try to eliminate those foods, especially chocolate, which can play an role in aggravating his head pain.

I would like to see Maurice in follow-up in four weeks at the conclusion of a trial of medicine.

Thank you for suggesting we participate in his care.

Sincerely yours,

BENNETT L. LAVENSTEIN, M.D.

BLL/MedQ
D:11/17/2005 11:58:56 T:11/19/2005 16:46:02 J: 731689

cc: RELINDA LOUISY
ATTORNEY AT LAW
1717 K. STREET NW, STE 600
WASHINGTON, DC 20036

DR. ELKIE HARRIS
201 8TH STREET NE
WASHINGTON, DC 20002

**Electronically signed by Bennett L. Lavenstein, MD on Thursday December 01, 2005 at 07:13:00 PM**

Name: Plater, D. Maurice Enc: 0532000415 MRN: 020428067 165829007

Children's National Medical Center.
Serving Children and Their Families Since 1870

111 Michigan Avenue, N.W.
Washington, D.C. 20010-2970
(202) 884-5000

Center for Neuroscience and Behavioral Medicine
*Division of Neurology*
Neurology Office: 202-884-2120
Nights/Weekends: 202-884-5000
Neurology Fax: 202-884-5226
EEG Laboratory: 202-884-5035
Evoked Response Lab: 202-884-5454
EEG/Evoked Fax: 202-884-3461

Roger J. Packer, MD
Division Chief
Steven L. Weinstein, MD
Vice-Chief
Lucy A. Civitello, MD
Joan A. Conry, MD
Diana M. Escolar, MD
Donald J. Fishman, MD
William D. Gaillard, MD
Marjorie A. Garvey, MD
Andrea L. Gropman, MD
Kimberly A. Krohn, MD
Bennet L. Lavenstein, MD
William M. McClintock, MD
Judith Morales, MD
Phillip L. Pearl, MD
Tena Rosser, MD
Jospeh Scheller, MD
Samuel A. Shelburne, MD
Ira P. Weiss, PhD

Nursing
Kathleen Cooney, PNP
Marian J. Kolognie, PNP
Deborah LaFond, PNP
Michiko Lendenmann, PNP
Sheilia O'Brien, PNP
Audrey Scully, RN

N.I.H. ASSOCIATES
*Neuromuscular*
Marinos C. Dalakas, MD
*Epidemiology*
Karin D. Nelson, MD
*Epilepsy*
William H. Theodore, MD
Susumu Sato, MD
*Neurometabolism*
Roscoe O. Brady, MD
*Neurogenetics*
Kenneth H. Fischbeck, MD
*Clinical Trials*
Deborah G. Hirtz, MD

The George Washington University
School of Medicine and Health Sciences
Department Of Neurology

May 24, 2007

Relinda Louisy, JD, Attorney at Law
1629 K Street NW, Ste 300
Washington, D.C. 20006

**RE:** PLATER, MAURICE DEMETRIUS
**MR:** 020428067
**EN:** 0714301715
**DOB:** 08/26/2002
**DOV:** 05/24/2007

Maurice was seen in follow-up having had an excellent response previously to Periactin for treatment of his post-traumatic migraine. He has been off medications more recently. While he has an occasional breakthrough headache, he does not have daily or even weekly headaches at this time. The nature of the previous headache with their sudden onset, intense pain, relief by sleep, was typical of common migraine of childhood without aura. Previously Periactin at 4 mg twice a day had been utilized and, in addition, a response has been positive.

The MRI scan of May 5, 2006, which had shown near-complete opacification of paranasal sinuses, middle ears, mastoids, also revealed normal brain structures, prominent adenoids. These findings are not inconsistent with the age of the patient, are seen frequently in children who have allergies or upper respiratory infection disease or prior history of recurrent sinus disease.

At this time, since Maurice is stable, we would not advocate long-term therapy. Should he have a recurrence of his migraine symptoms, we could make decision subsequently about treatment or reinstituting the Periactin for him. Intermittent treatment with ibuprofen at 10 mg per kg per dose would be helpful on an acute basis. No other changes in his management are planned at this time.

Sincerely,

BENNETT L. LAVENSTEIN, M.D.

BLL/MedQ
D:05/24/2007 14:50:50 T:05/25/2007 18:13:53 J: 683640

cc: Relinda Louisy, JD, Attorney at Law
1629 K Street NW, Ste 300
Washington, D.C. 20006

**Electronically signed by Bennett L. Lavenstein, MD on Thursday May 31, 2007 at 04:50:00 PM**

CNMC - 111 Michigan Avenue NW, Washington, DC 20010
Pt. Name: PLATER, MAURICE
Sex: M D.O.B: 08/26/2002
MRN: 020428067
ACCT: 0609601660
Loc:
Accession #:1319319
Order Date:05/05/2006 132300
Ordered by: LIONEL . LAQUINTE
Exam: MRI BRAIN NO CO
Diagnosis:

MRI of the brain from 05/05/2006

Impression: Near complete opacification of paranasal sinuses, middle ears and mastoids. Normal brain. Prominent adenoids.

History: Patient with head ache, rule out abnormality.

Sagittal T1, axial fast spin-echo T2, FLAIR, coronal gradient-echo susceptibility T2, coronal fast spin-echo T2-weighted images of the brain were obtained.

No migration or diverticulation abnormality is seen. No focal destructive process or gliosis is evident. The ventricles are normal in size and configuration. No mass lesion is identified. The posterior
fossa structures, craniocervical junction are normal. The arterial flow-voids are normal in appearance.

Near complete opacification of the paranasal sinuses, middle ears and mastoids is evident. The adenoids appear enlarged within the nasopharynx, though the nasopharyngeal tissues are compressed by an artificial airway.

Radiologist: L G. VEZINA

# CONTINGENT FEE RETAINER AGREEMENT

This agreement is made this 7th day of May, 2005, between Relinda Louisy, attorney, and Fred Franklin Miller and Tisha Lamon Plater, clients, of 2304 Hartford Street, Apt. 103A, Washington, D.C. 20020. Said attorney agrees to provide legal services for Clients concerning an accident sustained by their son, Maurice Demetrius Plater, D.O.B. 8/26/02, who slipped and fell on broken glass on 4/26/05, while clients and son were in a Metro Bus Stand/shelter No. 92, located at the corner of Hartford Street and Alabama Avenue, S.E Washington, D.C., in front of, and on the same side of the 7th District Metropolitan Police Station, 2455 Alabama Avenue, S.E., Washington, D.C. 20020.

Clients will pay and attorney will accept as a fee for attorney's services under and pursuant to this agreement an amount equal to 33 1/3% percent of the value of the monetary damage/property recovered for client, including 33 1/3% if such monetary damage/property is recovered without the necessity of litigation; 33 1/3% percent, if the matter is litigated and the monetary damage/property is recovered pursuant to such litigation; and 33 1/3% percent if the matter is litigated, an appeal is taken from such litigation, and the monetary damage/property is recovered as a result of such appeal.

Clients will pay attorney 33 1/3% per cent of all sums collected after the date of this agreement for clients from the Metropolitan Transit Authority and or/the District of Columbia Government, or from any other person, firm, or corporation, by reason of the above-stated claim for damages, whether by suit, compromise, or otherwise.

In the event the above-stated claim or cause of action is settled by clients without the consent of the attorney, clients will pay attorney 33 1/3% per cent of the amount of such settlement. If by the terms of such settlement, it is agreed by the party making the settlement that such party will pay for the services of attorney, then such percentage shall be computed on the amount of the money paid to the clients, plus the amount to be paid to the attorney. In addition, to the above, clients shall pay attorney all costs and expenses incurred by attorney in connection with the above- stated claim or cause of action. If the claim or cause of action is settled by clients without the consent of attorney after a verdict thereon is rendered, then the compensation of attorney shall be computed in accordance with the provisions of this agreement as if the verdict had been collected in full.

Attorney shall receive the above-stated percentage fee in consideration of her services under and pursuant to this agreement, but in the event clients do not prevail in the above-stated matter for which attorney is employed, attorney shall not receive any sum whatsoever, except for costs and expenses actually advanced by attorney.

The above Agreement represents the total agreement reached between the parties in this matter.

DATED: 7th day of May, 2005.

SIGNED:

RELINDA LOUISY
Attorney

FRED F. MILLER
Client

TISHA L. PLATER
Client

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| TESHA LAMON PLATER | * C.A. No. 07-1789 (ESH) |
| 300 Oglethorpe St., N.W. | * |
| Washington, D.C. 20011 | * |
| PLAINTIFF | * |
| GUARDIAN | * |
| | * |
| FOR | * |
| M.D.P | * |
| A MINOR CHILD | * |
| | * |
| CLEAR CHANNEL OUTDOOR INC. | * |
| DISTRICT OF COLUMBIA | * |
| WASHINGTON METROPOLITAN | * |
| AREA TRANSIT AUTHORITY | * |
| DEFENDANTS | * |

ORDER

UPON CONSIDERING Plaintiff's Motion seeking Approval for the Settlement reached between Plaintiff and Defendants

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED

______________________________________________________________

ELLEN SEGAL HUVELLE, J. ESH DATED
UNITED STATES DISTRICT JUDGE