UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TESHA LAMON PLATER,** </br></br> **Plaintiff,** </br></br> v. </br></br> **DISTRICT OF COLUMBIA** </br> **DEPARTMENT OF TRANSPORTATION,** *et al.*, </br></br> **Defendants.** | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No.  07-1789 (ESH) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Based on the status conference held on January 24, 2008, the Court finds that the settlement reached between plaintiff and defendant Clear Channel for a payment of $10,000.00 is fair and reasonable given the fact that the minor child has suffered no permanent damages and his past medical expenses amounted to approximately $3,000.00.  Plaintiff's motion to approve consent judgment [Dkt 21] is therefore **GRANTED**.

Upon the execution of releases dismissing plaintiff's claims against all defendants and dismissing defendant WMATA's third party complaint against Clear Channel and upon the establishment of a guardianship in the Probate Court of the Superior Court of the District of Columbia, defendant Clear Channel has agreed to pay $3000.00 to plaintiff's counsel and $7,000.00 to the guardian/minor for the benefit of the minor child.

Given that this case has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a period of 30 days from the date of this Order.  If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court.  Should

counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 24, 2008